IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD THOMAS MCVAY,
a/k/a Ricky McVay,
a/k/a Tommy McVay                                                               PLAINTIFF

v.                              Case No. 4:24-cv-04080

OFFICER TREY BAKER,
Nevada County Detention Center;
OFFICER WILLIAM STRICKLAND, NCDC;
LIEUTENANT KARREN GHORMLEY, NCDC;
CAPTAIN STEVE OTTWELL, NCDC;
and OFFICER PAULA, NCDC                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 7, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21).  Judge Bryant recommends that Plaintiff's Amended Complaint be dismissed without prejudice for failure to prosecute and failure to comply with court orders.

Plaintiff has not responded and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 21) *in toto*.  Accordingly, the Court finds that Plaintiff's Amended Complaint (ECF No. 6) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with court orders.

**IT IS SO ORDERED**, this 5th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge